**No. 09-6338. Percy Dillon, Petitioner v. United States.**

559 U.S. 969, 130 S. Ct. 1730, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2157.

March 1, 2010. Motion of petitioner for leave to file Volume II of the joint appendix under seal granted.

**No. 09-7060. Richard Eline, Petitioner v. T. Lara, et al.**

559 U.S. 969, 130 S. Ct. 1730, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2159.

March 1, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-7275. Donald G. Jones, Petitioner v. The Shaw Group, et al.**

559 U.S. 969, 130 S. Ct. 1730, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2074.

March 1, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-7307. Robert J. Zani, Petitioner v. Social Security Administration.**

559 U.S. 969, 130 S. Ct. 1730, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2048.

March 1, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-7384. Raymond Clark, Petitioner v. California.**

559 U.S. 969, 130 S. Ct. 1730, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2056.

March 1, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-7550. Donald G. Jones, Petitioner v. Liberty Bank and Trust Company, et al.**

559 U.S. 969, 130 S. Ct. 1730, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2132.

March 1, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-7961. In re Theodore Wagner, Petitioner.**

559 U.S. 969, 130 S. Ct. 1731, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2083.

March 1, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-8206. Gregory Shawn Mercer, Petitioner v. Commonwealth of Virginia.**

559 U.S. 969, 130 S. Ct. 1731, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2195.

March 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-8342. Danny M. Kelly, Petitioner v. Richard J. Day, et al.**

559 U.S. 969, 130 S. Ct. 1731, 176 L. Ed. 2d 178, 2010 U.S. LEXIS 2191.

March 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.